UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST,<br><br>Plaintiff(s),<br>v.<br><br>SMK TRI-CITIES, INC., et al.,<br><br>Defendant(s). | CASE NO. C25-1679-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT |

Plaintiff has filed proof of service of process upon Defendant SMK Tri-Cities Inc., but has been unable to effectuate service on the individual Defendants. *See* Dkt. No. 6. Plaintiff filed a motion for extension of time to serve process on the individual Defendants, documenting its unsuccessful efforts to personally serve them. Dkt. Nos. 6, 7. Plaintiff now requests that the Court either deem service of process complete on the individual Defendants, or extend by 60 days the deadline (currently December 1, 2025) to serve them to allow for service by mail and by publication. Dkt. No. 7.

Federal Rule of Civil Procedure 4(m) authorizes a district court to extend a plaintiff's service deadline upon a showing of good cause. Here, Plaintiff has amply demonstrated diligent efforts to locate and serve the individual Defendants and the Court is satisfied that Plaintiff has shown good cause for an extension of the service deadline. Plaintiff has not, however, cited

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT - 1

authority to support its alternative request that the Court deem the individual Defendants to have been served.

Thus, the Court GRANTS Plaintiff's motion (Dkt. No. 7), extending the service deadline to February 2, 2026, to allow time for service by mail and publication.

Dated this 3rd day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT - 2